**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000664
19-DEC-2012
08:27 AM**

NO. CAAP-11-0000664

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAII, Plaintiff-Appellee, v.
KYLE CAMERON SCHARNHORST, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NO. 07-1-0628(2))

ORDER GRANTING THE MOTION FOR
VOLUNTARY DISMISSAL OF APPEAL FILED ON DECEMBER 14, 2012
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon consideration of the Motion for Voluntary Dismissal of Appeal, filed on December 14, 2012 by Cynthia A. Kagiwada, Esq., counsel for Defendant-Appellant Kyle Cameron Scharnhorst, the attachments thereto, and the files herein, it appears that Defendant-Appellant's declaration reflects a knowing and intelligent understanding of the consequences of the dismissal of the appeal with prejudice and that Defendant-Appellant's withdrawal of his appeal is made voluntarily.

IT IS HEREBY ORDERED that the motion is granted, pursuant to Hawai'i Rules of Appellate Procedure Rule 42, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, December 19, 2012.

Presiding Judge

Associate Judge

Associate Judge